HPS-142 (August 2006)                                          August 31, 2006
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **05-2840**

BRYAN POULIN

v.

JAMES SHERMAN, Warden, Federal Correctional Institution, McKean
        (W.D. Pa. Civ. No. 05-cv-105E)

Present:          SCIRICA, <u>Chief Judge</u>, WEIS and GARTH, <u>Circuit Judges</u>

           Submitted are:

           (1)    By the Clerk for possible summary affirmance; and

           (2)    Petitioner's summary affirmance response

                  in the above-captioned case.

                                        Respectfully,

                                        Clerk

MMW/BNB/ghb
_____ORDER_____

The Petitioner appeals from the District Court's denial of a petition, filed pursuant to 28 U.S.C. § 2241, that challenged the Bureau of Prisons' ("BOP") calculation of good conduct time under 18 U.S.C. § 3624(b). The Petitioner's claim is identical to that raised and rejected in <u>O'Donald v. Johns</u>, 402 F.3d 172 (3d Cir. 2005), <u>cert. denied sub nom. Moreland v. Federal Bureau of Prisons</u>, 126 S.Ct. 1906 (2006). In <u>O'Donald</u>, we held that the meaning of § 3624(b) is ambiguous and therefore deferred to the BOP's reasonable interpretation of the statute. Accordingly, for the reasons described in <u>O'Donald</u>, the District Court properly denied the Petitioner's § 2241 petition. Because this appeal presents "no substantial question," 3d Cir. LAR 27.4 and I.O.P. 10.6, we summarily affirm the District Court order entered May 19, 2005.

                                        By the Court,

                                        /s/ Leonard I. Garth
                                        Circuit Judge

Dated: September 14, 2006

nmb/cc:   Michael L. Ivory, Esq.
          Thomas W. Patton, Esq.

Certified as a true copy and issued in lieu
of a formal mandate on November 6, 2006

Teste: *Marcia M. Waldron*

Clerk, United States Court of Appeals
for the Third Circuit